

**FILED**

08/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0355

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0355

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MISTY JADE MITCHELL,

    Defendant and Appellant.

**FILED**

AUG 03 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Counsel for the Appellant Misty Jade Mitchell filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Mitchell was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised on direct appeal in Mitchell's case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Mitchell personally.

DATED this 3ʳᵈ day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices